**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America, | Case No.: 2:24-cr-0071-JAD-BNW-1 |
| Plaintiff | |
| v. | **Order Granting Early Termination of Supervised Release** |
| Sharlene Marie Dezolt, | |
| Defendant | |

Defendant Sharlene Marie Dezolt was convicted of importing methamphetamine in the United States District Court for the Southern District of California in August 2022 and sentenced to time served followed by three years of supervised release.[1]  Her supervision was transferred to the District of Nevada, and the U.S. Probation Office now requests that her term of supervision be terminated early because Dezolt has satisfied the Guide to Judiciary Policy's criteria for a presumption in favor of an early-termination recommendation.  Probation notes that DeZolt has not been rearrested or had any documented negative contact with law enforcement while on supervision, she has a stable residence with her grandparents and her children, she has been employed with Foundever for more than a year and has maintained employment throughout her supervised release term, and she has satisfied her special conditions of supervision, including her financial obligation.  DeZolt is currently on the low-risk caseload and timely completes her monthly reports each month.  The U.S. Attorney does not oppose this early termination request.

---

[1] ECF No. 4-2.

So with good cause appearing, IT IS ORDERED that **Sharlene Marie Dezolt's term of supervised release is TERMINATED.**

_____
U.S. District Judge Jennifer A. Dorsey
October 11, 2024